IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GRAYLIN GRAY, | ) | |
| Petitioner, | ) | 4:18CV3096 |
| v. | ) | |
| SCOTT R. FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus Without Prejudice (filing no. 4) is granted.

DATED this 7th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge